**Motion Granted; Order filed August 23, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00237-CV**
_____

**DOJO BAY HOUSE, LLC, Appellant**

**V.**

**TOM PICKFORD, Appellee**

_____

**TOM PICKFORD, Appellant**

**V.**

**DOJO BAY HOUSE, LLC, Appellee**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-60692-A**

## ORDER

On December 21, 2021, this court issued a judgment and memorandum opinion in which the court reversed the trial court's judgment and remanded the case for further proceedings.

On May 6, 2022, the parties notified this court that they were engaged in settlement discussions. We removed the case from this court's active docket to

permit the parties to mediate. On June 23, 2022, the parties filed an agreed motion to dismiss the appeal because the parties have settled. In that motion, the parties agreed to request that this court dismiss the appeal and remand the case to the trial court for rendition of judgment that plaintiff take nothing on its clams against Tom Pickford. *See* Tex. R. App. 42.1(a)(2)(B). We GRANT the motion.

We already have issued an opinion in this appeal, and we decline to withdraw the opinion. *See* Tex. R. App. P. 42.1(c); *see Houston Cable TV, Inc. v. Inwood West Civic Ass'n*, 860 S.W.2d 72, 73 (Tex. 1993).

We reinstate the appeal, withdraw our judgment dated December 21, 2021, and issue a new judgment setting aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment that plaintiff take nothing on its clams against Tom Pickford. *See* Tex. R. App. 42.1(a)(2)(B).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.